UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                     20 CR 71 (PKC)

        -against-                                        <u>ORDER</u>

DAVID PALMA,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the conference previously scheduled for April 13, 2020 is adjourned to June 25, 2020 at 11:30 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow for the defendant to continue to review discovery and for the parties to continue discussing a potential disposition. Accordingly, the time between today and June 25, 2020 is excluded.

        SO ORDERED.

                                                    P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         April 1, 2020