# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2020

By ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York

Application Granted.

SO ORDERED. /s/ P. Kevin Castel
P. Kevin Castel
United States District Judge
6/29/2020

**Re: United States v. David Palma, 20 Cr. 71 (PKC)**

Dear Judge Castel:

    I write to respectfully request that the Court modify David Palma's bail conditions by removing the requirement of electronic monitoring (currently enforced by GPS). Both the Government and Pretrial Services consent to this request. Mr. Palma has been fully compliant with all bail conditions since his arrest on November 27, 2019.

    Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:    Emily A. Johnson, Esq. (Assistant United States Attorney)
        Bernisa Mejia (Pretrial Services)