UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     20 CR 71 (PKC)

          -against-                                            ORDER

DAVID PALMA,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the conference previously scheduled for October 7, 2020 is adjourned to November 4, 2020 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow the parties to finalize disposition of this case.  Accordingly, the time between today and November 4, 2020 is excluded.

       SO ORDERED.

                                                        P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
       October 1, 2020