UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  20 CR 71 (PKC)

           -against-                               ORDER

DAVID PALMA,

                          Defendant.
----------------------------------------------------------x

CASTEL, U.S.D.J.


        Sentencing scheduled on March 10, 2021 is adjourned to April 14, 2021 at

3:00 p.m. in Courtroom 11D.


        SO ORDERED.


                                       P. Kevin Castel
                                 United States District Judge


Dated: New York, New York
       February 18, 2021