**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2025

By ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  *United States v. David Palma*, 20 Cr. 71 (PKC)**

Dear Judge Castel:

I write on behalf of my client, David Palma, to respectfully request that the Court order Pretrial Services to return his passport to him. On May 6, 2021, the Court sentenced Mr. Palma to 60 months' imprisonment and three years' supervised release following his guilty plea to one count of participating in a narcotics conspiracy. He is currently serving his term of supervised release.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

Application granted.

SO ORDERED:

*/s/ P. Kevin Castel*

**Hon. P. Kevin Castel**
**U.S. District Judge**          2/4/2025